UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

ROSS MACLIN,

        Petitioner,        Case No. 1:25-cv-813

v.        Honorable Phillip J. Green

RANDEE REWERTS,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: December 9, 2025        /s/ Phillip J. Green
                                               PHILLIP J. GREEN
                                               United States Magistrate Judge