UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROSS MACLIN,

        Petitioner,        Case No. 1:25-cv-813

v.        Honorable Phillip J. Green

RANDEE REWERTS,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  December 9, 2025        /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge